**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**
*for the use and benefit of The Reliable*
*Automatic Sprinkler Company, Inc.*

**PLAINTIFF**


**v.**                                                  **CIVIL ACTION NO. 1:16-cv-107-HSO-JCG**


**A FIRE PROTECTION COMPANY,
KEVIN STEWART,
CLEMENT-EDT/DAVITZ, LLC, and
TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA**

**DEFENDANTS**


**ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANTS**

BEFORE THE COURT is the Motion for Default Judgment [11] as to

Defendants, A Fire Protection Company, Kevin Stewart, Clement-EDT/Davitz,

LLC, and Travelers Casualty and Surety Company of America, filed on August 31,

2016, by Plaintiff, United States of America for the use and benefit of The Reliable

Automatic Sprinkler Company, Inc., pursuant to Rule 55 of the Federal Rules of

Civil Procedure.   The Court finds that the Motion is well taken, and it will be

granted.

   **IT IS, THEREFORE, ORDERED AND ADJUDGED**, that Plaintiff's

Motion [11] for Default Judgment is **GRANTED**.   The Court will enter a Default

Judgment against Defendants, A Fire Protection Company, Kevin Stewart,

Clement-EDT/Davitz, LLC, and Travelers Casualty and Surety Company of America, jointly and severally in the amount of $14,743.88, plus costs and post-judgment interest.

**SO ORDERED, AND ADJUDGED**, this the 2nd day of September, 2016.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE