IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
*for the use and benefit of The Reliable*
*Automatic Sprinkler Company, Inc.*
                                                                                           **PLAINTIFF**

v.                                                        Civil No.: 1:16-cv-107-HSO-JCG

**A FIRE PROTECTION COMPANY,**
**KEVIN STEWART,**
**CLEMENT-EDT/DAVITZ, LLC, and**
**TRAVELERS CASUALTY AND**
**SURETY COMPANY OF AMERICA**                            **DEFENDANTS**

## DEFAULT JUDGMENT

In accordance with the Order entered herewith granting Plaintiff's Motion for Default Judgment [12],

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is rendered in favor of Plaintiff, United States of America for the use and benefit of The Reliable Automatic Sprinkler Company, Inc., against Defendants, A Fire Protection Company, Kevin Stewart, Clement-EDT/Davitz, LLC, and Travelers Casualty and Surety Company of America, pursuant to Federal Rule of Civil Procedure 55.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff, United States of America for the use and benefit of The Reliable Automatic Sprinkler Company, Inc., shall recover from Defendants jointly and severally judgment in the

amount of $14,473.88, plus costs and post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Default Judgment until paid in full.

**SO ORDERED AND ADJUDGED,** this the 2nd day of September, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE